ACCEPTED
03-14-00795-CV
3784032
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 2:20:22 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00795-CV

| | |
|---|---|
| Jennifer Samaniego,<br> *Appellant,*<br><br>v.<br><br>Alieda Silguero, *et al.*,<br> *Appellees.* | Court of Appeals<br>for the Third District<br>at Austin, Texas |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 2:20:22 PM
JEFFREY D. KYLE
Clerk

## Notice of Appearance and Designation of Lead Counsel

Leif A. Olson appears as lead counsel for Jennifer Samaniego.

Respectfully submitted,

Colton Law Firm PLLC

/s/ Anthony J. Colton[*]
Anthony J. Colton
acolton@coltonlawfirm.com
State Bar No. 24064564
301 Fair Avenue
San Antonio, Texas 78223
(210) 593-8717

The Olson Firm PLLC

/s/ Leif A. Olson
Leif Olson
leif@olsonappeals.com
State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382

## Certificate of Service

I certify that on January 15, 2015, I served this *Notice of Appearance and Designation of Lead Counsel* by electronic service upon:

Nadia Ramkissoon
nadia.ramkissoon@farmersinsurance.com
Clark, Price & Trevino
1701 Directors Blvd., Suite 920
Austin, Texas 78744
**Counsel for Appellee**
**Alieda Silguero**

/s/ Leif A. Olson

---

[*]  By Leif A. Olson, by permission